STATE EX REL. WILSON *v.* WHITE, JUDGE, HAMILTON CIRCUIT COURT.
[No. 0-393. Filed February 10, 1955.]

*Lloyd Wilson, pro se.*

PER CURIAM—Relator, by his verified petition, seeks an alternative writ of mandamus directed to the respondent. The petition fails to set out or make exhibits thereto certified copies of all pleadings, orders and entries pertaining to the subject matter as required by Rule 2-35, so it is fatally defective.

Petition denied.

NOTE.—Reported in 124 N. E. 2d 210.